## Commonwealth ex rel. Kroah, Appellant, *v.* Russell.

Submitted March 19, 1964.
*Robert H. Kroah,* appellant, in propria persona; *John K. Reilly, Jr.,* District Attorney, for appellee.
Order affirmed.